*E-FILED - 5/14/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA E. DE LOPEZ RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 06-5029 RMW (PVT)<br><br>[] ORDER ON<br>FIRST AMENDED REQUEST<br>FOR ORDER TO SHOW CAUSE<br>FOR FAILURE TO PROSECUTE<br>CASE |

Plaintiff filed the complaint on August 21, 2006, pursuant to 42 U.S.C. 405(g), for Court review of a denial of Social Security benefits. Document 1 (Complaint). Defendant was served on November 8, 2006 and filed the answer to Plaintiff's complaint on February 6, 2007. Document 9 (Answer). Civil Local Rule 16-5 states: "Within 30 days of receipt of defendant's answer, plaintiff must file a motion for summary judgment pursuant to Civil L.R. 7-2 and F. R. Civ. P. 56." Further, on August 21, 2006, this Court filed a Procedural Order for Social Security Review Actions in this case, providing in pertinent part that Plaintiff should file her motion for summary judgment or remand within thirty days of service of Defendant's answer. Document 3 (Procedural Order). As of the date of this

1 | Order, Plaintiff has not filed a motion for summary judgment or remand.

2 |     Based on the Court's review of the file in this matter,

3 |     IT IS HEREBY ORDERED that, no later than   June 13,  , 2008,

4-7 | Plaintiff shall file a declaration showing cause why this action should not be dismissed for failure to prosecute. Plaintiff is hereby warned that her failure to file such declaration without a showing of good cause shall result in a dismissal of her complaint.

9 | DATED: 5/14, 2008

*Ronald M. Whyte*
United States District Judge