```
 1  JOSEPH P. RUSSONIELLO
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    SARAH RYAN, State Bar of Texas 17479500
 4  Special Assistant United States Attorney
 5
 6     333 Market Street, Suite 1500
       San Francisco, CA 94105
 7     Telephone:  415-977-8978
       Facsimile:  415-744-0134                  *E-FILED - 7/16/08*
 8     Email: sarah.ryan@ssa.gov
 9
    Attorneys for Defendant
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA E. DE LOPEZ RODRIGUEZ,    )<br>                                )<br>        Plaintiff,              )<br>                                )<br>    v.                          )<br>                                )<br>MICHAEL J. ASTRUE,              )<br>Commissioner of Social Security )<br>                                )<br>        Defendant.              )<br>_____ ) | CIVIL NO.  C 06-5029 RMW (PVT)<br><br>FIRST AMENDED<br>STIPULATION AND<br>ORDER FOR DEFENDANT'S FIRST<br>EXTENSION OF TIME TO RESPOND<br>TO PLAINTIFF'S MOTION FOR<br>SUMMARY JUDGMENT;<br>[] ORDER GRANTING<br>EXTENSION OF TIME |

   This first amended Stipulation and Proposed Order for Defendant's First Extension of Time to Respond to Plaintiff's Motion for Summary Judgment; [Proposed] Order Granting Extension of Time is filed to correct the misspelling of the United States Magistrate Judge's middle initial. In all other respects, this first amended motion is the same as the original motion.

   The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment. The requested extension is necessary to permit the undersigned Special

Assistant United States Attorney to confer further with the Commissioner regarding the issues in the case. The current due date is July 14, 2008. If this motion is granted, the requested new due date will be August 13, 2008.

                                              Respectfully submitted,

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

Dated: July 14, 2008               By  */s/  Sarah Ryan*
                                              SARAH RYAN
                                              Special Assistant United States Attorney

                                              Attorney for Defendant

Dated: July 14, 2008               By  */s/ Dennis Stephen Knight*
                                              DENNIS STEPHEN KNIGHT
                                              (By telephone permission)

                                              Attorney for Plaintiff

### ORDER

    IT IS ORDERED that Defendant's deadline for filing a responsive brief is hereby extended until August 13, 2008, and all other due dates are extended accordingly.

Dated:   7/16  , 2008                *Ronald M. Whyte*
                                              THE HON. RONALD M. WHYTE
                                              United States District Judge