1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   SARAH RYAN,
4  State Bar of Texas #17479500
   Special Assistant United States Attorney
5
       333 Market Street, Suite 1500
6      San Francisco, California 94105
       Telephone: (415) 977-8978
7      Facsimile: (415) 744-0134

8  Attorneys for Defendant

**E-filed: 9/21/2008**

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

13  MARIA E. DE LOPEZ RODRIGUEZ,    )
                                    )    CIVIL NO. C–06-05029 RMW
14         Plaintiff,                )
                                    )
15         v.                        )    STIPULATION AND ORDER OF REMAND
                                    )
16  MICHAEL J. ASTRUE,               )
    Commissioner of                 )
17  Social Security,                 )
                                    )
18         Defendant.                )
                                    )

19

20         IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

21  approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security,

22  pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to

23  offer Plaintiff a new hearing and decision.

24         Upon remand, the Office of Disability Adjudication and Review (ODAR) will vacate the prior

25  decision and remand this case to an Administrative Law Judge (ALJ) for further administrative

26  proceedings. Upon remand, Plaintiff will be offered a new hearing, with the opportunity to present new

27  evidence and arguments. ODAR will direct the ALJ to update the record regarding Plaintiff's

28  impairments, identify Plaintiff's past relevant work and the mental and physical demands of that work,

and reassess Plaintiff's residual functional capacity.  Pursuant to Acquiescence Ruling 97-4(9), the ALJ will be directed to adopt "a finding from the final decision on the prior claim in determining whether the claimant is disabled with respect to the unadjudicated period unless there is new and material evidence relating to such finding . . . ."

Dated:                                          /s/ *Dennis Stephen Knight*
                                                *(As authorized by facsimile)*
                                                DENNIS STEPHEN KNIGHT
                                                The Nordstrom Law Firm
                                                Attorney for Plaintiff


                                                JOSEPH P.  RUSSONIELLO
                                                United States Attorney
                                                LUCILLE GONZALES MEIS
                                                Regional Chief Counsel


Dated:  August 20, 2008            By: /s/ *Sarah Ryan*
                                                SARAH RYAN
                                                Special Assistant United States Attorney


                                                Attorneys for Defendant

                                                United States Social Security Administration


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The Clerk of Court is hereby ORDERED to enter a separate judgment pursuant to F. R. Civ. P. 58.


Dated:   September 21   ,2008         *Ronald M. Whyte*
                                                The Hon.  RONALD M. WHYTE
                                                United States District Judge