**E-FILED on** 9/23/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA E. DE LOPEZ RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. C-06-05029 RMW<br><br>CORRECTED JUDGMENT |

On September 21, 2008 this court granted the parties' stipulated order remanding this case for further consideration. The court hereby enters judgment remanding the case under sentence four of 42 U.S.C. § 405(g) for proceedings consistent with that order.

DATED:  9/21/2008

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT — C-06-05029 RMW
TSF

1 | **Notice of this document has been electronically sent to:**

2 | **Counsel for Plaintiff:**
Dennis Stephen Knight				denistevenite@aol.com

3 |

**Counsel for Defendant:**
4 | Sara Winslow				sara.winslow@usdoj.gov
Sarah Ryan				sarah.ryan@ssa.gov

5 |

6 |

**Dated:**_____9/23/08_____			_____TSF_____
7 |							**Chambers of Judge Whyte**

JUDGMENT — C-06-05029 RMW
TSF							2